# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHARLES CARROLL,

    Plaintiff,

v.                                              No. 1:22-cv-00924-JHR-JFR

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

Plaintiff and Defendant have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.     Plaintiff's *Complaint* is dismissed with prejudice.

2.     Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**THE HONORABLE JERRY H. RITTER**
**UNITED STATES MAGISTRATE COURT JUDGE**

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Liberty Mutual*


**THE DINELLI LAW FIRM, LLC**

*/s/ Mark P. Dinelli (via email 3/24/23)*
Mark P. Dinelli
503 Slate Avenue NW
Albuquerque, NM 87102
(505) 582-2157
mark@dinellilaw.com
*Attorneys for Plaintiff*